Filed 7/30/15  Rhodes v. Elman CA4/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| BRITTANY P. RHODES, | |
| Plaintiff and Respondent, | G050057 |
| v. | (Super. Ct. No. 12V001353) |
| DONALD ELMAN, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from an order of the Superior Court of Orange County, Renee E. Wilson, Temporary Judge.  (Pursuant to Cal. Const., art. VI, § 21.)  Affirmed.

Donald Elman, in pro. per., for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\*          \*          \*

Defendant Donald Elman appeals from an order granting a domestic violence restraining order against him in favor of plaintiff Brittany Rhodes. Defendant contends the court erred by failing to admit into evidence a letter written by plaintiff. However, defendant has not cited any portion of the record where the court refused to accept this evidence (indeed, he has not cited the record at all). To the contrary, based on our review of the record, it appears the court admitted the letter in question. Since the record does not reveal any error, we affirm.

## DISPOSITION

The order is affirmed. There being no appearance by plaintiff, no costs are awarded.


IKOLA, J.

WE CONCUR:


O'LEARY, P. J.


ARONSON, J.

2